# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**CYNTHIA J. RENNICK** and **MANSON H. RENNICK,**
Appellants,

v.

**WILMINGTON SAVINGS FUND SOCIETY, FSB,** d/b/a **CHRISTIANA TRUST,** not individually, but as trustee for **PRETIUM MORTGAGE ACQUISITION TRUST,**
Appellee.

No. 4D17-2538

[July 7, 2021]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Lisa S. Small, Judge; L.T. Case No. 502011CA016893XXXXMB.

Peter Ticktin, Michael Vater, Kendrick Almaguer, Thomas Eross, Jr., and Brittani S. Gross of The Ticktin Law Group, Deerfield Beach, for appellants.

Adam G. Schwartz of Fox McCluskey, PLLC, Stuart, for appellee.

### *ON REMAND FROM THE SUPREME COURT OF FLORIDA*

PER CURIAM.

Based upon the mandate of the supreme court and *Page v. Deutsche Bank Trust Co. Americas*, 308 So. 3d 953 (Fla. 2020), we reverse the trial court's order denying the appellants/mortgagors' attorney's fees in this foreclosure action, after appellants prevailed at trial based on their motion for involuntary dismissal. We remand for the trial court to award fees to the appellants.

*Reversed and remanded with instructions.*

WARNER, GROSS and LEVINE, JJ., concur.

\*     \*     \*

***No motions for rehearing shall be filed.***